IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARIO JONES,

    Plaintiff,

v.   No. 1:18-cv-01238-JDB-tmp

CITY OF BOLIVAR, TENNESSEE,
*et al.*,

    Defendants.

---

ORDER DENYING AS MOOT MOTION OF DEFENDANTS CITY OF BOLIVAR, TENNESSEE, AND CHRIS WILLIAMS IN HIS OFFICIAL CAPACITY FOR JUDGMENT ON THE PLEADINGS

---

Pending on the Court's docket is the July 9, 2019, motion of Defendants City of Bolivar, Tennessee, and Chris Williams in his official capacity for judgment on the pleadings. (Docket Entry ("D.E.") 34.) On August 8, 2019, the Plaintiff, Mario Jones, amended his complaint (D.E. 37) and responded to the motion (D.E. 38), arguing that it is now moot in light of the amendment. The Court agrees. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) ("An amended complaint supersedes an earlier complaint for all purposes."). As the Defendants' motion for judgment on the pleadings is now moot, it is DENIED on that basis.

IT IS SO ORDERED this 15th day of August 2019.

                                                          s/ J. DANIEL BREEN
                                                          UNITED STATES DISTRICT JUDGE